IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ISRAEL THEZAN,**

    **Plaintiff,**

**v.**                                                     **Case No. 3:25-cv-1752-AW-HTC**

**NICHOLAS, et al.,**

    **Defendants.**

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff has not complied with a court order, and he has not objected to the magistrate judge's report and recommendation (ECF No. 8), which recommends dismissal on that basis. It appears Plaintiff has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on January 6, 2026.

                                            s/ *Allen Winsor*
                                            Chief United States District Judge